# United States District Court

__EASTERN__ DISTRICT OF __TENNESSE__

WILLIAM P. LEHR,

V.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:09-cv-212

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under **sentence four** of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), this Court hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner for a new hearing.

| | |
|---|---|
| July 16, 2010 | Patricia L. McNutt, Clerk |
| Date | |
| | By  s/ A. Brush |
| | Deputy Clerk |